IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR OSCEOLA COUNTY, FLORIDA

CASE NO.:

VILLA VIEW 10 201 LLC,

Plaintiff,

v.

WESTCHESTER SURPLUS LINES INSURANCE COMPANY,

Defendant.

_______________________________________/

## COMPLAINT

Plaintiff, VILLA VIEW 10 201 LLC, by and through undersigned counsel, hereby sues Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, and in support thereof alleges as follows:

1. This is an action for damages in excess of Fifty Thousand and 00/100 Dollars ($50,000.00), exclusive of interest.

2. At all times material hereto, Plaintiff was and is a resident of Osceola County, Florida and sui juris.

3. At all times material hereto, Defendant, was and is an insurance company authorized to and does write homeowners insurance policies within the State of Florida, and specifically within Osceola County, Florida.

4. At all times material hereto, Plaintiff is the owner of the property located at 1531-1533-1535 Tangelo Cir, Kissimmee, FL 34746, Osceola County, Florida.

5. That at all times material hereto, the subject property was insured under a policy of insurance issued by Defendant to Plaintiff; specifically, policy number: F17955469. Said

policy is incorporated herein in its entirety pursuant to Fla. R. Civ. P. 1.130; further, Defendant has a copy of said policy in its possession

6. At all times material hereto, the policy of insurance was in full force and effect.

7. The policy of insurance provides, in pertinent part, that Defendant provides coverage for property damage, including contents, rendered to Plaintiff's subject property that are the result of an accident, whether natural in cause or not, and said policy is required to comply with the provisions of Florida Law.

8. That on or about June 27, 2025, Plaintiff's property was damaged directly and/or indirectly by wind and/or water creating an opening in the roofing system (Defendant has assigned claim number: KY25K3105982 to identify this loss).

9. That as a result thereof, Plaintiff sustained damages to the property that required reasonable, related and/or necessary repairs and replacements, as well as appropriate cleaning and other remedial measures.

10. That Plaintiff did forthwith give timely notice to Defendant of such loss, and did thereafter deliver to Defendant a full and particular account of Plaintiffs' expenses and losses as a result of the said accident.

11. Defendant has failed to establish that it had reasonable proof that it was not responsible for the payment of Plaintiff's damages and/or loss, and has failed to pay the requested amounts for repairs and/or replacement, plus applicable interest, pursuant to the terms of the policy of insurance, in breach of Plaintiff's contract with Defendant.

12. Plaintiff has complied with all conditions precedent to bringing the instant cause, and/or all such conditions have been waived by Defendant.

**WHEREFORE**, Plaintiff, VILLA VIEW 10 201 LLC, demands judgment against

Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, for damages, interest, and any other such relief that this Honorable Court deems just and proper.

**DEMAND** is hereby made for trial by jury of all issues so triable, as a matter of right.

**DATED** this June 5, 2026.

**SASIETA LAW, PLLC**
790 NW 107th Avenue, Suite 304
Miami, FL. 33172
Phone: 305.340-9082

By: */s/ Kevin D. Diaz*
Kevin D. Diaz, Esq.
Florida Bar No.: 1010216
Alejandro Sasieta, Esq.
Florida Bar No.: 109573
kevin@sasietalaw.com
laura@sasietalaw.com
eservice@sasietalaw.com