# 2026 CA 001760 CI - VILLA VIEW 10 201 LLC vs. WESTCHESTER SURPLUS LINES INSURANCE COMPANY

## SUMMARY

**Judge:**
ARENDAS, CHRISTINE E

**Court Type:**
CIRCUIT CIVIL

**Case Type:**
CONTRACTS

**Case Number:**
2026 CA 001760 CI

**Uniform Case Number:**
492026CA001760XXXAXA

**Status:**
OPEN

**Clerk File Date:**
6/5/2026

**Status Date:**
6/5/2026

**Waive Speedy Trial:**
☐

**Total Fees Due:**
0.00

**Custody Location:**

**Agency:**

**Agency Report Number:**

**Foreclosure:**
ACTIVE - 6/5/2026

## PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| PLAINTIFF | VILLA VIEW 10 201 LLC | SASIETA, ALEJANDRO ESQ. (Main Attorney) |
| DEFENDANT | WESTCHESTER SURPLUS LINES INSURANCE COMPANY | |

## EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| 6/5/2028 9:00 AM | JURY TRIAL | ARENDAS, CHRISTINE E | COURTROOM 4A | |
| 4/17/2028 9:00 AM | PRETRIAL | ARENDAS, CHRISTINE E | COURTROOM 4A | |

## OUTSTANDING AMOUNT

| COUNT | CODE | DESCRIPTION | ASSESSMENT | PAID | WAIVED | BALANCE | PAYMENT PLAN / JUDGMENT | DUE DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | .CI | CIRCUIT CIVIL FILING | $400.00 | $400.00 | $0.00 | $0.00 | | |
| | | | | | **Total Outstanding:** | $0.00 | | |
| 1 | .SUMCA | SUMMONS CIRCUIT CIVIL | $10.00 | $10.00 | $0.00 | $0.00 | | |
| | | | | | **Total Outstanding:** | $0.00 | | |

## RECEIPTS

| DATE | RECEIPT # | APPLIED AMOUNT |
|---|---|---|
| 6/8/2026 | 2026057434 | $410.00 |

## CASE DOCKETS

| VIEWER | IMAGE | DATE | ENTRY |
|---|---|---|---|
| | Request | 6/12/2026 | SUMMONS TO WESTCHESTER SURPLUS LINES INSURANCE COMPANY CORPORATE SERVED ON 06/12/2026 |
| | | 6/8/2026 | PRETRIAL SET FOR 04/17/2028 AT 9:00 AM IN 4A BEFORE JUDGE: ARENDAS, CHRISTINE E |
| | | 6/8/2026 | JURY TRIAL SET FOR 06/05/2028 AT 9:00 AM IN 4A BEFORE JUDGE: ARENDAS, CHRISTINE E |
| | 10 | 6/8/2026 | UNIFORM TRIAL AND CASE MANAGEMENT ORDER |
| | Request | 6/8/2026 | PAYMENT $410.00 RECEIPT #2026057434 |
| | 5 | 6/5/2026 | SUMMONS ISSUED (EMAILED TO ATTY) |
| | 5 | 6/5/2026 | SUMMONS TO BE ISSUED |
| | 1 | 6/5/2026 | COMPLAINT |
| | 1 | 6/5/2026 | CIVIL COVER SHEET |
| | | 6/5/2026 | CASE FILED 06/05/2026 CASE NUMBER 2026 CA 001760 CI |