# EXHIBIT "1"

**2026 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

**FILED**
**Apr 29, 2026**
**Secretary of State**
**9142962880CC**

DOCUMENT# L13000035211

**Entity Name:** VILLA VIEW 10-201, LLC

**Current Principal Place of Business:**

1420 CELEBRATION BLVD
SUITE 313
CELEBRATION, FL 34747

**Current Mailing Address:**

1420 CELEBRATION BLVD
SUITE 313
CELEBRATION, FL 34747 US

**FEI Number: NOT APPLICABLE**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

RINCON, KEILA
1420 CELEBRATION BLVD STE 313
CELEBRATION, FL 34747 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: KEILA RINCON 04/29/2026

Electronic Signature of Registered Agent Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | RINCON, KEILA |
| Address | 1420 CELEBRATION BLVD STE # 313 |
| City-State-Zip: | CELEBRATION FL 34747 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: KEILA RINCON 04/29/2026

Electronic Signature of Signing Authorized Person(s) Detail Date