# COMPOSITE EXHIBIT "3"

| | | | |
|---|---|---|---|
| Insured: | Villa View 10 201 LLC | Home: | (407) 346-6893 |
| Property: | 1533 Tangelo Cir<br>Kissimmee, FL 34746 | | |
| Estimator: | Ark Restoration, LLC | | |

**Claim Number:** KY25K3105982 **Policy Number:** MERFL002922 **Type of Loss:** MITI

| | | | |
|---|---|---|---|
| Date of Loss: | 6/27/2025 9:23 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 12/4/2025 12:00 AM |

| | |
|---|---|
| Price List: | FLOR8X_DEC25<br>Restoration/Service/Remodel |
| Estimate: | ARK-1533-WIND |

**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

**ARK-1533-WIND**

**Level 1**




**Bedroom** **Height: 8'**

| | | | |
|---|---|---|---|
| 336.00 | SF Walls | 166.25 | SF Ceiling |
| 502.25 | SF Walls & Ceiling | 166.25 | SF Floor |
| 18.47 | SY Flooring | 42.00 | LF Floor Perimeter |
| 42.00 | LF Ceil. Perimeter | | |

**Missing Wall** **9' 4" X 8'** **Opens into CLOSET**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 1. Dehumidifier (per 24 hour period) - XLarge - No monitoring | 5.00 EA | 0.00 | 119.19 | 0.00 | 595.95 |
| 2. Negative air fan/Air scrubber (24 hr period) - No monit. | 5.00 DA | 0.00 | 71.51 | 0.00 | 357.55 |
| 3. Air mover (per 24 hour period) - No monitoring | 5.00 EA | 0.00 | 27.75 | 0.00 | 138.75 |
| 4. Add for HEPA filter (for negative air exhaust fan) | 3.00 EA | 0.00 | 214.50 | 44.12 | 687.62 |
| 5. Containment Barrier/Airlock/Decon. Chamber | 336.00 SF | 0.00 | 1.19 | 4.28 | 404.12 |
| 6. Apply mold/mildew stain remover to the surface area | 32.00 SF | 0.00 | 0.87 | 0.74 | 28.58 |
| 7. Apply plant-based anti-microbial agent to part of the ceiling | 83.13 SF | 0.00 | 0.39 | 0.37 | 32.79 |
| 8. Contents - move out then reset - Large room | 1.00 EA | 0.00 | 132.63 | 0.00 | 132.63 |
| 9. Deodorization chamber - Ozone treatment | 1,330.00 CF | 0.00 | 0.13 | 0.00 | 172.90 |
| 10. Mask and prep for paint - tape only (per LF) | 42.00 LF | 0.00 | 0.75 | 0.16 | 31.66 |
| 11. Content Manipulation charge - per hour | 4.00 HR | 0.00 | 60.25 | 0.00 | 241.00 |
| 12. Floor protection - heavy paper and tape | 166.25 SF | 0.00 | 0.55 | 0.87 | 92.31 |
| 13. Clean the walls | 336.00 SF | 0.00 | 0.57 | 0.25 | 191.77 |
| 14. Clean floor | 166.25 SF | 0.00 | 0.66 | 0.12 | 109.85 |
| 15. Final cleaning - construction - Residential | 166.25 SF | 0.00 | 0.42 | 0.00 | 69.83 |
| Totals: Bedroom | | | | 50.91 | 3,287.31 |

**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com




**Closet** **Height: 8'**

| | | | |
|---|---|---|---|
| 128.00 | SF Walls | 29.56 | SF Ceiling |
| 157.56 | SF Walls & Ceiling | 29.56 | SF Floor |
| 3.28 | SY Flooring | 16.00 | LF Floor Perimeter |
| 16.00 | LF Ceil. Perimeter | | |

**Missing Wall** **9' 4" X 8'** **Opens into BEDROOM**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 16. Containment Barrier/Airlock/Decon. Chamber | 128.00 SF | 0.00 | 1.19 | 1.63 | 153.95 |
| 17. Apply mold/mildew stain remover to the surface area | 32.00 SF | 0.00 | 0.87 | 0.74 | 28.58 |
| 18. Apply plant-based anti-microbial agent to part of the ceiling | 14.78 SF | 0.00 | 0.39 | 0.07 | 5.83 |
| 19. Contents - move out then reset - Large room | 1.00 EA | 0.00 | 132.63 | 0.00 | 132.63 |
| 20. Deodorization chamber - Ozone treatment | 236.44 CF | 0.00 | 0.13 | 0.00 | 30.74 |
| 21. Mask and prep for paint - tape only (per LF) | 16.00 LF | 0.00 | 0.75 | 0.06 | 12.06 |
| 22. Content Manipulation charge - per hour | 4.00 HR | 0.00 | 60.25 | 0.00 | 241.00 |
| 23. Floor protection - heavy paper and tape | 29.56 SF | 0.00 | 0.55 | 0.16 | 16.42 |
| 24. Clean the walls | 128.00 SF | 0.00 | 0.57 | 0.10 | 73.06 |
| 25. Clean floor | 29.56 SF | 0.00 | 0.66 | 0.02 | 19.53 |
| 26. Final cleaning - construction - Residential | 29.56 SF | 0.00 | 0.42 | 0.00 | 12.42 |
| Totals: Closet | | | | 2.78 | 726.22 |
| Total: Level 1 | | | | **53.69** | **4,013.53** |

**Miscellaneous**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| **SAFETY/MAINTENANCE** | | | | | |
| 27. Add for personal protective equipment - Heavy duty | 3.00 EA | 0.00 | 50.51 | 8.94 | 160.47 |
| 28. Eye protection - plastic goggles - Disposable | 3.00 EA | 0.00 | 9.77 | 2.20 | 31.51 |
| 29. Emergency service call - during business hours | 1.00 EA | 0.00 | 213.04 | 0.00 | 213.04 |

**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

**CONTINUED - Miscellaneous**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 30. Plastic bag - used for disposal of contaminated items | 3.00 EA | 0.00 | 3.14 | 0.71 | 10.13 |
| **MISCELLANEOUS CHARGES** | | | | | |
| 31. Equipment setup, take down, and monitoring (hourly charge) | 8.00 HR | 0.00 | 76.81 | 0.00 | 614.48 |
| **Includes: Hourly labor to travel to job-site to deliver, setup, inspect, move and adjust, monitor, take moisture readings, etc. and/or take down & remove equipment. Excludes: Equipment charges.** | | | | | |
| 32. Cargo van and equipment - per day | 4.00 EA | 0.00 | 120.00 | 0.00 | 480.00 |
| **Includes: Daily equipment charge for a cargo van, mileage charge (up to 50 miles/day), taxes, insurance, and loading equipment (hand-truck).** | | | | | |
| 33. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 180.46 | 0.00 | 0.00 | 180.46 |
| Totals: Miscellaneous | | | | 11.85 | 1,690.09 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 34. Floor cleaning labor minimum | 1.00 EA | 0.00 | 82.43 | 0.00 | 82.43 |
| Totals: Labor Minimums Applied | | | | 0.00 | 82.43 |
| **Line Item Totals: ARK-1533-WIND** | | | | **65.54** | **5,786.05** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 464.00 | SF Walls | 195.81 | SF Ceiling | 659.81 | SF Walls and Ceiling |
| 195.81 | SF Floor | 21.76 | SY Flooring | 58.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 58.00 | LF Ceil. Perimeter |
| 195.81 | Floor Area | 215.58 | Total Area | 464.00 | Interior Wall Area |
| 546.00 | Exterior Wall Area | 60.67 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

## Summary

| | |
|---|---|
| Line Item Total | 5,720.51 |
| Material Sales Tax | 65.54 |
| **Replacement Cost Value** | **$5,786.05** |
| **Net Claim** | **$5,786.05** |

Ark Restoration, LLC

**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

## Recap of Taxes

| | Material Sales Tax (7.5%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (7.5%) |
|---|---|---|---|---|
| **Line Items** | 65.54 | 0.00 | 0.00 | 0.00 |
| **Total** | **65.54** | **0.00** | **0.00** | **0.00** |

**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

## Recap by Room

**Estimate: ARK-1533-WIND**

| | | |
|---|---|---|
| **Area: Level 1** | | |
| **Bedroom** | **3,236.40** | **56.58%** |
| **Closet** | **723.44** | **12.65%** |
| **Area Subtotal: Level 1** | **3,959.84** | **69.22%** |
| **Miscellaneous** | **1,678.24** | **29.34%** |
| **Labor Minimums Applied** | **82.43** | **1.44%** |
| **Subtotal of Areas** | **5,720.51** | **100.00%** |
| **Total** | **5,720.51** | **100.00%** |

**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

## Recap by Category

| Items | Total | % |
|---|---|---|
| CONT: CLEAN - GENERAL ITEMS | 203.64 | 3.52% |
| CLEANING | 558.40 | 9.65% |
| CONTENT MANIPULATION | 747.26 | 12.91% |
| CONT: PACKING,HANDLNG,STORAGE | 480.00 | 8.30% |
| GENERAL DEMOLITION | 180.46 | 3.12% |
| HAZARDOUS MATERIAL REMEDIATION | 708.60 | 12.25% |
| PAINTING | 151.20 | 2.61% |
| WATER EXTRACTION & REMEDIATION | 2,690.95 | 46.51% |
| Subtotal | 5,720.51 | 98.87% |
| Material Sales Tax | 65.54 | 1.13% |
| Total | 5,786.05 | 100.00% |

**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

1




2



**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

3




4



**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

5




6



**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

7




8



## Ark Restoration

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

9




10



**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

11




12



**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

13




14



## Ark Restoration

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

15




16



**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

17




18



19




20



**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

21 


22 


13' 6"
12' 10"
1' 9"
1' 9"
3' 4"
3' 4"
13' 6"
12' 10"
Bedroom
Closet
9' 4"
10'
1' 9"
1' 9"
N
Level 1

| | | | |
|---|---|---|---|
| Insured: | Villa View 10 201 LLC | Home: | (407) 346-6893 |
| Property: | 1535 Tangelo Cir<br>Kissimmee, FL 34746 | | |
| Estimator: | Ark Restoration, LLC | | |

**Claim Number:** KY25K3105982 **Policy Number:** MERFL002922 **Type of Loss:** MITI

| | | | |
|---|---|---|---|
| Date of Loss: | 06/27/2025 9:23 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 12/4/2025 12:00 AM |
| Price List: | FLOR8X_DEC25<br>Restoration/Service/Remodel | | |
| Estimate: | ARK-1535-WIND | | |

**ARK-1535-WIND**

**Level 1**




| **Living Room** | | | **Height: 8'** |
|---|---|---|---|
| 434.67 | SF Walls | 250.90 | SF Ceiling |
| 685.56 | SF Walls & Ceiling | 250.90 | SF Floor |
| 27.88 | SY Flooring | 54.33 | LF Floor Perimeter |
| 54.33 | LF Ceil. Perimeter | | |

**Missing Wall** **9' 4" X 8'** **Opens into HALLWAY**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 1. Dehumidifier (per 24 hour period) - XLarge - No monitoring | 5.00 EA | 0.00 | 119.19 | 0.00 | 595.95 |
| 2. Negative air fan/Air scrubber (24 hr period) - No monit. | 5.00 DA | 0.00 | 71.51 | 0.00 | 357.55 |
| 3. Air mover (per 24 hour period) - No monitoring | 5.00 EA | 0.00 | 27.75 | 0.00 | 138.75 |
| 4. Add for HEPA filter (for negative air exhaust fan) | 3.00 EA | 0.00 | 214.50 | 44.12 | 687.62 |
| 5. Containment Barrier/Airlock/Decon. Chamber | 434.67 SF | 0.00 | 1.19 | 5.54 | 522.80 |
| 6. Apply mold/mildew stain remover to the surface area | 32.00 SF | 0.00 | 0.87 | 0.74 | 28.58 |
| 7. Apply plant-based anti-microbial agent to part of the ceiling | 125.45 SF | 0.00 | 0.39 | 0.56 | 49.49 |
| 8. Contents - move out then reset - Large room | 1.00 EA | 0.00 | 132.63 | 0.00 | 132.63 |
| 9. Deodorization chamber - Ozone treatment | 2,007.17 CF | 0.00 | 0.13 | 0.00 | 260.93 |
| 10. Mask and prep for paint - tape only (per LF) | 54.33 LF | 0.00 | 0.75 | 0.20 | 40.95 |
| 11. Content Manipulation charge - per hour | 4.00 HR | 0.00 | 60.25 | 0.00 | 241.00 |
| 12. Floor protection - heavy paper and tape | 250.90 SF | 0.00 | 0.55 | 1.32 | 139.32 |
| 13. Clean the walls | 434.67 SF | 0.00 | 0.57 | 0.33 | 248.09 |
| 14. Clean floor | 250.90 SF | 0.00 | 0.66 | 0.19 | 165.78 |
| 15. Final cleaning - construction - Residential | 250.90 SF | 0.00 | 0.42 | 0.00 | 105.38 |
| Totals: Living Room | | | | 53.00 | 3,714.82 |

**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com




**Hallway** **Height: 8'**

| | | | |
|---|---|---|---|
| 128.00 | SF Walls | 29.56 | SF Ceiling |
| 157.56 | SF Walls & Ceiling | 29.56 | SF Floor |
| 3.28 | SY Flooring | 16.00 | LF Floor Perimeter |
| 16.00 | LF Ceil. Perimeter | | |

**Missing Wall** **9' 4" X 8'** **Opens into LIVING_ROOM**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 16. Containment Barrier/Airlock/Decon. Chamber | 128.00 SF | 0.00 | 1.19 | 1.63 | 153.95 |
| 17. Apply mold/mildew stain remover to the surface area | 32.00 SF | 0.00 | 0.87 | 0.74 | 28.58 |
| 18. Apply plant-based anti-microbial agent to part of the ceiling | 14.78 SF | 0.00 | 0.39 | 0.07 | 5.83 |
| 19. Contents - move out then reset - Large room | 1.00 EA | 0.00 | 132.63 | 0.00 | 132.63 |
| 20. Deodorization chamber - Ozone treatment | 236.44 CF | 0.00 | 0.13 | 0.00 | 30.74 |
| 21. Mask and prep for paint - tape only (per LF) | 16.00 LF | 0.00 | 0.75 | 0.06 | 12.06 |
| 22. Content Manipulation charge - per hour | 4.00 HR | 0.00 | 60.25 | 0.00 | 241.00 |
| 23. Floor protection - heavy paper and tape | 29.56 SF | 0.00 | 0.55 | 0.16 | 16.42 |
| 24. Clean the walls | 128.00 SF | 0.00 | 0.57 | 0.10 | 73.06 |
| 25. Clean floor | 29.56 SF | 0.00 | 0.66 | 0.02 | 19.53 |
| 26. Final cleaning - construction - Residential | 29.56 SF | 0.00 | 0.42 | 0.00 | 12.42 |
| Totals: Hallway | | | | 2.78 | 726.22 |
| Total: Level 1 | | | | **55.78** | **4,441.04** |

**Miscellaneous**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| **SAFETY/MAINTENANCE** | | | | | |
| 27. Add for personal protective equipment - Heavy duty | 3.00 EA | 0.00 | 50.51 | 8.94 | 160.47 |
| 28. Eye protection - plastic goggles - Disposable | 3.00 EA | 0.00 | 9.77 | 2.20 | 31.51 |
| 29. Emergency service call - during business hours | 1.00 EA | 0.00 | 213.04 | 0.00 | 213.04 |

**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

**CONTINUED - Miscellaneous**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 30. Plastic bag - used for disposal of contaminated items | 3.00 EA | 0.00 | 3.14 | 0.71 | 10.13 |
| **MISCELLANEOUS CHARGES** | | | | | |
| 31. Equipment setup, take down, and monitoring (hourly charge) | 8.00 HR | 0.00 | 76.81 | 0.00 | 614.48 |
| **Includes: Hourly labor to travel to job-site to deliver, setup, inspect, move and adjust, monitor, take moisture readings, etc. and/or take down & remove equipment. Excludes: Equipment charges.** | | | | | |
| 32. Cargo van and equipment - per day | 4.00 EA | 0.00 | 120.00 | 0.00 | 480.00 |
| **Includes: Daily equipment charge for a cargo van, mileage charge (up to 50 miles/day), taxes, insurance, and loading equipment (hand-truck).** | | | | | |
| 33. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 180.46 | 0.00 | 0.00 | 180.46 |
| Totals: Miscellaneous | | | | 11.85 | 1,690.09 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 34. Floor cleaning labor minimum | 1.00 EA | 0.00 | 27.40 | 0.00 | 27.40 |
| Totals: Labor Minimums Applied | | | | 0.00 | 27.40 |
| **Line Item Totals: ARK-1535-WIND** | | | | **67.63** | **6,158.53** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 562.67 | SF Walls | 280.45 | SF Ceiling | 843.12 | SF Walls and Ceiling |
| 280.45 | SF Floor | 31.16 | SY Flooring | 70.33 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 70.33 | LF Ceil. Perimeter |
| 280.45 | Floor Area | 304.34 | Total Area | 562.67 | Interior Wall Area |
| 657.00 | Exterior Wall Area | 73.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

## Summary

| | |
|---|---:|
| Line Item Total | 6,090.90 |
| Material Sales Tax | 67.63 |
| **Replacement Cost Value** | **$6,158.53** |
| **Net Claim** | **$6,158.53** |

______________________________
Ark Restoration, LLC

**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

## Recap of Taxes

| | Material Sales Tax (7.5%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (7.5%) |
|---|---|---|---|---|
| **Line Items** | 67.63 | 0.00 | 0.00 | 0.00 |
| **Total** | **67.63** | **0.00** | **0.00** | **0.00** |

**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

## Recap by Room

**Estimate: ARK-1535-WIND**

| | | |
|---|---|---|
| **Area: Level 1** | | |
| **Living Room** | **3,661.82** | **60.12%** |
| **Hallway** | **723.44** | **11.88%** |
| **Area Subtotal: Level 1** | **4,385.26** | **72.00%** |
| **Miscellaneous** | **1,678.24** | **27.55%** |
| **Labor Minimums Applied** | **27.40** | **0.45%** |
| **Subtotal of Areas** | **6,090.90** | **100.00%** |
| **Total** | **6,090.90** | **100.00%** |

**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

## Recap by Category

| Items | Total | % |
|---|---|---|
| CONT: CLEAN - GENERAL ITEMS | 291.67 | 4.74% |
| CLEANING | 651.02 | 10.57% |
| CONTENT MANIPULATION | 747.26 | 12.13% |
| CONT: PACKING,HANDLNG,STORAGE | 480.00 | 7.79% |
| GENERAL DEMOLITION | 180.46 | 2.93% |
| HAZARDOUS MATERIAL REMEDIATION | 708.60 | 11.51% |
| PAINTING | 207.01 | 3.36% |
| WATER EXTRACTION & REMEDIATION | 2,824.88 | 45.87% |
| **Subtotal** | **6,090.90** | **98.90%** |
| **Material Sales Tax** | **67.63** | **1.10%** |
| **Total** | **6,158.53** | **100.00%** |

**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

1




2



**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

3




4



**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

5




6



## Ark Restoration

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

7




8



**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

9 


10 

## Ark Restoration

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

11




12



**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

13 


14 

**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

15




16



**Ark Restoration**

595 W Carroll St, Kissimmee, FL 34741
information@arkrestorationfl.com

17




18






Level 1

## CLAIMS HUNTERS, INC

Claims Hunters, Inc
595 W Carroll St, Kissimmee, FL 34741
claims@claimshunters.com

| | | | |
|---|---|---|---|
| Insured: | Villa View 10 201 LLC | Home: | (407) 346-6893 |
| Property: | 1531-1533-1535 Tangelo Cir, Kissimmee, FL 34746<br>Kissimmee, FL 34746 | | |
| Claim Rep.: | Claims Hunters, Inc | Business: | 595 W Carroll St<br>Kissimmee, FL 34741 |
| | | Business: | (407) 801-4236 |
| Estimator: | Claims Hunters, Inc | Business: | (407) 801-4236 |
| Business: | 595 W Carroll St<br>Kissimmee, FL 34741 | | |

**Claim Number:** KY25K3105982 **Policy Number:** FSF17955469 001 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date of Loss: | 6/27/2025 12:00 PM | Date Received: | 11/28/2025 12:00 PM |
| Date Inspected: | | Date Entered: | 11/27/2025 11:07 AM |

| | |
|---|---|
| Price List: | FLOR8X_NOV25<br>Restoration/Service/Remodel |
| Estimate: | TANGELO-WIND |

The property scope of damages noted herein is based on a visual inspection, any and all hidden damages will be addressed in the future upon disclosure. Any errors or omissions will be corrected as soon as we are made aware of them. Any errors or omissions does not constitute any misrepresentation on the part of the estimator or the insured, it is only an error that will be corrected as soon as possible. Nothing herein constitutes, nor should it be constituted as a waiver of any of the rights of our client under their policy of insurance, specifically they are reserving all the rights under their policy of insurance. The work outlined in the following pages should be performed in accordance with all the standards set forth by the Florida Building Code. This is a repair estimate. The insurance policy may contain provisions that will reduce any payment that might be made, receipt of a copy of this estimate is not to be interpreted as an acceptance of liability. A copy of this document does not constitute a settlement of this claim. All estimate figures are subject to policy conditions and Insurance Company approval.

**CLAIMS HUNTERS, INC**

Claims Hunters, Inc
595 W Carroll St, Kissimmee, FL 34741
claims@claimshunters.com

## TANGELO-WIND

### Main Roof




**Main Roof**

| | | | |
|---|---|---|---|
| 4,087.82 | Surface Area | 40.88 | Number of Squares |
| 480.05 | Total Perimeter Length | 106.00 | Total Ridge Length |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. R&R Sheathing - OSB - 1/2" | 4,087.82 SF | 0.85 | 2.75 | 188.65 | 4,471.46 | 19,376.27 |
| 2. Remove Laminated - comp. shingle rfg. - w/ felt | 40.88 SQ | 77.52 | 0.00 | 0.00 | 950.70 | 4,119.72 |
| 3. Laminated - comp. shingle rfg. - w/out felt | 47.33 SQ | 0.00 | 318.38 | 444.70 | 4,654.10 | 20,167.73 |
| 4. Re-nailing of roof sheathing - complete re-nail | 4,087.82 SF | 0.00 | 0.34 | 2.66 | 417.76 | 1,810.28 |
| 5. Roofing felt - 30 lb. | 40.88 SQ | 0.00 | 55.97 | 51.74 | 701.94 | 3,041.73 |
| 6. Hip / Ridge cap - cut from 3 tab - composition shingles | 106.00 LF | 0.00 | 5.91 | 10.34 | 191.04 | 827.84 |
| 7. Ice & water barrier | 480.05 SF | 0.00 | 2.13 | 15.29 | 311.34 | 1,349.14 |
| 8. R&R Drip edge | 480.05 LF | 0.50 | 3.59 | 40.56 | 601.18 | 2,605.15 |
| 9. Asphalt starter - universal starter course | 480.05 LF | 0.00 | 2.29 | 18.41 | 335.32 | 1,453.04 |
| 10. R&R Valley metal | LF | 0.88 | 7.65 | 0.00 | 0.00 | 0.00 |
| 11. R&R Flashing - pipe jack - lead | 2.00 EA | 10.55 | 99.08 | 6.91 | 67.86 | 294.03 |
| 12. R&R Exhaust cap - through roof - 6" to 8" | 2.00 EA | 13.46 | 124.93 | 6.69 | 85.04 | 368.51 |
| 13. Caulking - butyl rubber | 480.05 LF | 0.00 | 4.50 | 21.84 | 654.62 | 2,836.69 |
| 14. Roof Permit | 1.00 EA | 0.00 | 500.00 | 0.00 | 0.00 | 500.00 |
| **Debris and Clean up** | | | | | | |
| 15. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 695.02 | 0.00 | 0.00 | 208.50 | 903.52 |
| 16. Cleaning Technician - per hour | 16.00 HR | 0.00 | 66.50 | 0.00 | 319.20 | 1,383.20 |
| Totals: Main Roof | | | | 807.79 | 13,970.06 | 61,036.85 |
| Total: Main Roof | | | | **807.79** | **13,970.06** | **61,036.85** |

**1535**

**CLAIMS HUNTERS, INC**

Claims Hunters, Inc
595 W Carroll St, Kissimmee, FL 34741
claims@claimshunters.com




**Garage** **Height: 8'**

| | | | |
|---|---|---|---|
| 493.33 | SF Walls | 226.00 | SF Ceiling |
| 719.33 | SF Walls & Ceiling | 226.00 | SF Floor |
| 25.11 | SY Flooring | 61.67 | LF Floor Perimeter |
| 61.67 | LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **DRYWALL/TEXTURE/PAINT** | | | | | | |
| 17. R&R Batt insulation - 6" - R19 - unfaced batt | 226.00 SF | 0.43 | 1.46 | 14.54 | 132.50 | 574.18 |
| 18. R&R 5/8" drywall - hung, taped, ready for texture | 226.00 SF | 0.65 | 3.22 | 12.05 | 266.02 | 1,152.69 |
| 19. Seal the ceiling w/latex based stain blocker - one coat | 226.00 SF | 0.00 | 0.72 | 1.18 | 49.18 | 213.08 |
| 20. Tear off painted acoustic ceiling (popcorn) texture | 226.00 SF | 1.39 | 0.00 | 0.00 | 94.24 | 408.38 |
| 21. Acoustic ceiling (popcorn) texture | 226.00 SF | 0.00 | 1.56 | 1.03 | 106.06 | 459.65 |
| **ELECTRICAL/MISCELLANEOUS** | | | | | | |
| 22. Mask and prep for paint - plastic, paper, tape (per LF) | 61.67 LF | 0.00 | 1.63 | 1.08 | 30.48 | 132.08 |
| 23. Floor protection - cloth - skid resistant, breathable | 226.00 SF | 1.40 | 0.00 | 9.55 | 97.78 | 423.73 |
| 24. Contents - move out then reset - Large room | 1.00 EA | 0.00 | 132.64 | 0.00 | 39.80 | 172.44 |
| 25. Overhead door - Detach & reset | 1.00 EA | 0.00 | 556.43 | 0.00 | 166.92 | 723.35 |
| 26. Overhead (garage) door opener - Detach & reset | 1.00 EA | 0.00 | 333.87 | 0.00 | 100.16 | 434.03 |
| 27. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 0.00 | 18.24 | 0.00 | 5.48 | 23.72 |
| 28. Light fixture - Detach & reset | 1.00 EA | 0.00 | 76.10 | 0.00 | 22.84 | 98.94 |
| 29. Clean floor | 226.00 SF | 0.00 | 0.66 | 0.15 | 44.78 | 194.09 |
| 30. Final cleaning - construction - Residential | 226.00 SF | 0.00 | 0.42 | 0.00 | 28.48 | 123.40 |
| Totals: Garage | | | | 39.58 | 1,184.72 | 5,133.76 |

## CLAIMS HUNTERS, INC

Claims Hunters, Inc
595 W Carroll St, Kissimmee, FL 34741
claims@claimshunters.com




**Entry/Foyer** **Height: 8'**

| | | | |
|---|---|---|---|
| 144.00 | SF Walls | 19.25 | SF Ceiling |
| 163.25 | SF Walls & Ceiling | 19.25 | SF Floor |
| 2.14 | SY Flooring | 18.00 | LF Floor Perimeter |
| 18.00 | LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **DRYWALL/TEXTURE/PAINT** | | | | | | |
| 31. Seal the ceiling w/latex based stain blocker - one coat | 19.25 SF | 0.00 | 0.72 | 0.10 | 4.20 | 18.16 |
| 32. Texture drywall - light hand texture | 19.25 SF | 0.00 | 1.40 | 0.13 | 8.12 | 35.20 |
| 33. Paint the ceiling - two coats | 19.25 SF | 0.00 | 1.20 | 0.39 | 7.06 | 30.55 |
| **ELECTRICAL/MISCELLANEOUS** | | | | | | |
| 34. Mask and prep for paint - plastic, paper, tape (per LF) | 18.00 LF | 0.00 | 1.63 | 0.32 | 8.90 | 38.56 |
| 35. Floor protection - cloth - skid resistant, breathable | 19.25 SF | 1.40 | 0.00 | 0.81 | 8.32 | 36.08 |
| 36. Contents - move out then reset | 1.00 EA | 0.00 | 88.42 | 0.00 | 26.52 | 114.94 |
| 37. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 0.00 | 18.24 | 0.00 | 5.48 | 23.72 |
| 38. Light fixture - Detach & reset | 1.00 EA | 0.00 | 76.10 | 0.00 | 22.84 | 98.94 |
| 39. Clean floor | 19.25 SF | 0.00 | 0.66 | 0.01 | 3.82 | 16.54 |
| 40. Final cleaning - construction - Residential | 19.25 SF | 0.00 | 0.42 | 0.00 | 2.42 | 10.51 |
| Totals: Entry/Foyer | | | | 1.76 | 97.68 | 423.20 |




**Dining Room** **Height: 8'**

| | | | |
|---|---|---|---|
| 348.00 | SF Walls | 112.22 | SF Ceiling |
| 460.22 | SF Walls & Ceiling | 112.22 | SF Floor |
| 12.47 | SY Flooring | 43.50 | LF Floor Perimeter |
| 43.50 | LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **DRYWALL/TEXTURE/PAINT** | | | | | | |
| 41. R&R Batt insulation - 6" - R19 - unfaced batt | 112.22 SF | 0.43 | 1.46 | 7.22 | 65.80 | 285.11 |

## CLAIMS HUNTERS, INC

Claims Hunters, Inc
595 W Carroll St, Kissimmee, FL 34741
claims@claimshunters.com

### CONTINUED - Dining Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 42. R&R 5/8" drywall - hung, taped, ready for texture | 112.22 SF | 0.65 | 3.22 | 5.98 | 132.08 | 572.35 |
| 43. Seal the ceiling w/latex based stain blocker - one coat | 112.22 SF | 0.00 | 0.72 | 0.58 | 24.42 | 105.80 |
| 44. Texture drywall - light hand texture | 112.22 SF | 0.00 | 1.40 | 0.73 | 47.36 | 205.20 |
| 45. Paint the ceiling - two coats | 112.22 SF | 0.00 | 1.20 | 2.26 | 41.08 | 178.00 |
| **ELECTRICAL/MISCELLANEOUS** | | | | | | |
| 46. Mask and prep for paint - plastic, paper, tape (per LF) | 43.50 LF | 0.00 | 1.63 | 0.76 | 21.50 | 93.17 |
| 47. Floor protection - cloth - skid resistant, breathable | 112.22 SF | 1.40 | 0.00 | 4.74 | 48.56 | 210.41 |
| 48. Contents - move out then reset | 1.00 EA | 0.00 | 88.42 | 0.00 | 26.52 | 114.94 |
| 49. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 0.00 | 18.24 | 0.00 | 5.48 | 23.72 |
| 50. Light fixture - Detach & reset | 1.00 EA | 0.00 | 76.10 | 0.00 | 22.84 | 98.94 |
| 51. Clean floor | 112.22 SF | 0.00 | 0.66 | 0.07 | 22.24 | 96.38 |
| 52. Final cleaning - construction - Residential | 112.22 SF | 0.00 | 0.42 | 0.00 | 14.14 | 61.27 |
| Totals: Dining Room | | | | 22.34 | 472.02 | 2,045.29 |




### Living Room

**Height: 8'**

| | | | |
|---|---|---|---|
| 401.33 | SF Walls | 148.54 | SF Ceiling |
| 549.88 | SF Walls & Ceiling | 148.54 | SF Floor |
| 16.50 | SY Flooring | 50.17 | LF Floor Perimeter |
| 50.17 | LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **DRYWALL/TEXTURE/PAINT** | | | | | | |
| 53. R&R Batt insulation - 6" - R19 - unfaced batt | 148.54 SF | 0.43 | 1.46 | 9.56 | 87.08 | 377.38 |
| 54. R&R 5/8" drywall - hung, taped, ready for texture | 148.54 SF | 0.65 | 3.22 | 7.92 | 174.84 | 757.61 |
| 55. Seal the ceiling w/latex based stain blocker - one coat | 148.54 SF | 0.00 | 0.72 | 0.77 | 32.32 | 140.04 |
| 56. Texture drywall - light hand texture | 148.54 SF | 0.00 | 1.40 | 0.97 | 62.68 | 271.61 |
| 57. Paint the ceiling - two coats | 148.54 SF | 0.00 | 1.20 | 2.99 | 54.38 | 235.62 |
| **ELECTRICAL/MISCELLANEOUS** | | | | | | |

**CLAIMS HUNTERS, INC**

Claims Hunters, Inc
595 W Carroll St, Kissimmee, FL 34741
claims@claimshunters.com

**CONTINUED - Living Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 58. Mask and prep for paint - plastic, paper, tape (per LF) | 50.17 LF | 0.00 | 1.63 | 0.88 | 24.80 | 107.46 |
| 59. Floor protection - cloth - skid resistant, breathable | 148.54 SF | 1.40 | 0.00 | 6.28 | 64.26 | 278.50 |
| 60. Contents - move out then reset | 1.00 EA | 0.00 | 88.42 | 0.00 | 26.52 | 114.94 |
| 61. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 0.00 | 18.24 | 0.00 | 5.48 | 23.72 |
| 62. Light fixture - Detach & reset | 1.00 EA | 0.00 | 76.10 | 0.00 | 22.84 | 98.94 |
| 63. Clean floor | 148.54 SF | 0.00 | 0.66 | 0.10 | 29.46 | 127.60 |
| 64. Final cleaning - construction - Residential | 148.54 SF | 0.00 | 0.42 | 0.00 | 18.72 | 81.11 |
| Totals: Living Room | | | | 29.47 | 603.38 | 2,614.53 |




**Family Room** **Height: 8'**

| | | | |
|---|---|---|---|
| 306.67 | SF Walls | 91.50 | SF Ceiling |
| 398.17 | SF Walls & Ceiling | 91.50 | SF Floor |
| 10.17 | SY Flooring | 38.33 | LF Floor Perimeter |
| 38.33 | LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **DRYWALL/TEXTURE/PAINT** | | | | | | |
| 65. R&R Batt insulation - 6" - R19 - unfaced batt | 91.50 SF | 0.43 | 1.46 | 5.89 | 53.64 | 232.47 |
| 66. R&R 5/8" drywall - hung, taped, ready for texture | 91.50 SF | 0.65 | 3.22 | 4.88 | 107.68 | 466.67 |
| 67. Seal the ceiling w/latex based stain blocker - one coat | 91.50 SF | 0.00 | 0.72 | 0.48 | 19.90 | 86.26 |
| 68. Texture drywall - light hand texture | 91.50 SF | 0.00 | 1.40 | 0.59 | 38.62 | 167.31 |
| 69. Paint the ceiling - two coats | 91.50 SF | 0.00 | 1.20 | 1.84 | 33.50 | 145.14 |
| **ELECTRICAL/MISCELLANEOUS** | | | | | | |
| 70. Mask and prep for paint - plastic, paper, tape (per LF) | 38.33 LF | 0.00 | 1.63 | 0.67 | 18.94 | 82.09 |
| 71. Floor protection - cloth - skid resistant, breathable | 91.50 SF | 1.40 | 0.00 | 3.87 | 39.60 | 171.57 |
| 72. Contents - move out then reset | 1.00 EA | 0.00 | 88.42 | 0.00 | 26.52 | 114.94 |
| 73. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 0.00 | 18.24 | 0.00 | 5.48 | 23.72 |
| 74. Light fixture - Detach & reset | 1.00 EA | 0.00 | 76.10 | 0.00 | 22.84 | 98.94 |

**CLAIMS HUNTERS, INC**

Claims Hunters, Inc
595 W Carroll St, Kissimmee, FL 34741
claims@claimshunters.com

**CONTINUED - Family Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 75. Clean floor | 91.50 SF | 0.00 | 0.66 | 0.06 | 18.14 | 78.59 |
| 76. Final cleaning - construction - Residential | 91.50 SF | 0.00 | 0.42 | 0.00 | 11.52 | 49.95 |
| Totals: Family Room | | | | 18.28 | 396.38 | 1,717.65 |

**Hallway** **Height: 8'**




| | |
|---|---|
| 204.00 SF Walls | 29.25 SF Ceiling |
| 233.25 SF Walls & Ceiling | 29.25 SF Floor |
| 3.25 SY Flooring | 25.50 LF Floor Perimeter |
| 25.50 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **DRYWALL/TEXTURE/PAINT** | | | | | | |
| 77. Seal the ceiling w/latex based stain blocker - one coat | 29.25 SF | 0.00 | 0.72 | 0.15 | 6.36 | 27.57 |
| 78. Texture drywall - light hand texture | 29.25 SF | 0.00 | 1.40 | 0.19 | 12.34 | 53.48 |
| 79. Paint the ceiling - two coats | 29.25 SF | 0.00 | 1.20 | 0.59 | 10.72 | 46.41 |
| **ELECTRICAL/MISCELLANEOUS** | | | | | | |
| 80. Mask and prep for paint - plastic, paper, tape (per LF) | 25.50 LF | 0.00 | 1.63 | 0.45 | 12.62 | 54.64 |
| 81. Floor protection - cloth - skid resistant, breathable | 29.25 SF | 1.40 | 0.00 | 1.24 | 12.66 | 54.85 |
| 82. Contents - move out then reset | 1.00 EA | 0.00 | 88.42 | 0.00 | 26.52 | 114.94 |
| 83. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 0.00 | 18.24 | 0.00 | 5.48 | 23.72 |
| 84. Light fixture - Detach & reset | 1.00 EA | 0.00 | 76.10 | 0.00 | 22.84 | 98.94 |
| 85. Clean floor | 29.25 SF | 0.00 | 0.66 | 0.02 | 5.80 | 25.13 |
| 86. Final cleaning - construction - Residential | 29.25 SF | 0.00 | 0.42 | 0.00 | 3.68 | 15.97 |
| Totals: Hallway | | | | 2.64 | 119.02 | 515.65 |

## CLAIMS HUNTERS, INC

Claims Hunters, Inc
595 W Carroll St, Kissimmee, FL 34741
claims@claimshunters.com




**Kitchen** **Height: 8'**

| | | | |
|---|---|---|---|
| 288.00 | SF Walls | 72.00 | SF Ceiling |
| 360.00 | SF Walls & Ceiling | 72.00 | SF Floor |
| 8.00 | SY Flooring | 36.00 | LF Floor Perimeter |
| 36.00 | LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **DRYWALL/TEXTURE/PAINT** | | | | | | |
| 87. Seal the ceiling w/latex based stain blocker - one coat | 72.00 SF | 0.00 | 0.72 | 0.37 | 15.68 | 67.89 |
| 88. Texture drywall - light hand texture | 72.00 SF | 0.00 | 1.40 | 0.47 | 30.38 | 131.65 |
| 89. Paint the ceiling - two coats | 72.00 SF | 0.00 | 1.20 | 1.45 | 26.36 | 114.21 |
| **ELECTRICAL/MISCELLANEOUS** | | | | | | |
| 90. Mask and prep for paint - plastic, paper, tape (per LF) | 36.00 LF | 0.00 | 1.63 | 0.63 | 17.78 | 77.09 |
| 91. Floor protection - cloth - skid resistant, breathable | 72.00 SF | 1.40 | 0.00 | 3.04 | 31.16 | 135.00 |
| 92. Contents - move out then reset | 1.00 EA | 0.00 | 88.42 | 0.00 | 26.52 | 114.94 |
| 93. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 0.00 | 18.24 | 0.00 | 5.48 | 23.72 |
| 94. Light fixture - Detach & reset | 1.00 EA | 0.00 | 76.10 | 0.00 | 22.84 | 98.94 |
| 95. Clean floor | 72.00 SF | 0.00 | 0.66 | 0.05 | 14.28 | 61.85 |
| 96. Final cleaning - construction - Residential | 72.00 SF | 0.00 | 0.42 | 0.00 | 9.08 | 39.32 |
| Totals: Kitchen | | | | 6.01 | 199.56 | 864.61 |
| Total: 1535 | | | | **120.08** | **3,072.76** | **13,314.69** |

### 1533




**Bedroom** **Height: 8'**

| | | | |
|---|---|---|---|
| 385.33 | SF Walls | 144.79 | SF Ceiling |
| 530.13 | SF Walls & Ceiling | 144.79 | SF Floor |
| 16.09 | SY Flooring | 48.17 | LF Floor Perimeter |
| 48.17 | LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **FLOORING** | | | | | | |

**CLAIMS HUNTERS, INC**

Claims Hunters, Inc
595 W Carroll St, Kissimmee, FL 34741
claims@claimshunters.com

**CONTINUED - Bedroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 97. Remove Carpet | 144.79 SF | 0.41 | 0.00 | 0.00 | 17.80 | 77.16 |
| 98. Carpet | 156.58 SF | 0.00 | 4.37 | 33.08 | 215.20 | 932.53 |
| 99. R&R Carpet pad | 144.79 SF | 0.17 | 0.71 | 5.08 | 39.74 | 172.23 |
| 100. R&R Baseboard - 3 1/4" | 48.17 LF | 0.69 | 4.62 | 6.51 | 78.70 | 341.00 |
| 101. Seal (1 coat) & paint (2 coats) baseboard | 48.17 LF | 0.00 | 2.61 | 0.66 | 37.92 | 164.30 |
| **DRYWALL/TEXTURE/PAINT** | | | | | | |
| 102. R&R Batt insulation - 6" - R19 - unfaced batt | 144.79 SF | 0.43 | 1.46 | 9.32 | 84.90 | 367.87 |
| 103. R&R 5/8" drywall - hung, taped, ready for texture | 144.79 SF | 0.65 | 3.22 | 7.72 | 170.42 | 738.47 |
| 104. Seal the ceiling w/latex based stain blocker - one coat | 144.79 SF | 0.00 | 0.72 | 0.75 | 31.50 | 136.50 |
| 105. Texture drywall - machine | 144.79 SF | 0.00 | 0.93 | 0.56 | 40.56 | 175.77 |
| 106. Paint the ceiling - two coats | 144.79 SF | 0.00 | 1.20 | 2.92 | 53.00 | 229.67 |
| 107. Tear off painted acoustic ceiling (popcorn) texture | 144.79 SF | 1.39 | 0.00 | 0.00 | 60.38 | 261.64 |
| 108. Acoustic ceiling (popcorn) texture | 144.79 SF | 0.00 | 1.56 | 0.66 | 67.96 | 294.49 |
| **ELECTRICAL/MISCELLANEOUS** | | | | | | |
| 109. Mask and prep for paint - plastic, paper, tape (per LF) | 48.17 LF | 0.00 | 1.63 | 0.85 | 23.82 | 103.19 |
| 110. Floor protection - cloth - skid resistant, breathable | 144.79 SF | 1.40 | 0.00 | 6.12 | 62.66 | 271.49 |
| 111. Contents - move out then reset | 1.00 EA | 0.00 | 88.42 | 0.00 | 26.52 | 114.94 |
| 112. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 0.00 | 18.24 | 0.00 | 5.48 | 23.72 |
| 113. Outlet or switch - Detach & reset | 4.00 EA | 0.00 | 24.56 | 0.00 | 29.48 | 127.72 |
| 114. Light fixture - Detach & reset | 1.00 EA | 0.00 | 76.10 | 0.00 | 22.84 | 98.94 |
| 115. Clean floor | 144.79 SF | 0.00 | 0.66 | 0.09 | 28.68 | 124.33 |
| 116. Final cleaning - construction - Residential | 144.79 SF | 0.00 | 0.42 | 0.00 | 18.24 | 79.05 |
| Totals: Bedroom | | | | 74.32 | 1,115.80 | 4,835.01 |

**CLAIMS HUNTERS, INC**

Claims Hunters, Inc
595 W Carroll St, Kissimmee, FL 34741
claims@claimshunters.com




**Hallway** **Height: 8'**

| | | | |
|---|---|---|---|
| 176.00 | SF Walls | 24.00 | SF Ceiling |
| 200.00 | SF Walls & Ceiling | 24.00 | SF Floor |
| 2.67 | SY Flooring | 22.00 | LF Floor Perimeter |
| 22.00 | LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **FLOORING** | | | | | | |
| 117. Remove Carpet | 24.00 SF | 0.41 | 0.00 | 0.00 | 2.96 | 12.80 |
| 118. Carpet | 32.50 SF | 0.00 | 4.37 | 6.87 | 44.66 | 193.56 |
| 119. R&R Carpet pad | 24.00 SF | 0.17 | 0.71 | 0.84 | 6.60 | 28.56 |
| 120. R&R Baseboard - 3 1/4" | 22.00 LF | 0.69 | 4.62 | 2.97 | 35.96 | 155.75 |
| 121. Seal (1 coat) & paint (2 coats) baseboard | 22.00 LF | 0.00 | 2.61 | 0.30 | 17.32 | 75.04 |
| DRYWALL/TEXTURE/PAINT | | | | | | |
| 122. Seal the ceiling w/latex based stain blocker - one coat | 24.00 SF | 0.00 | 0.72 | 0.12 | 5.22 | 22.62 |
| 123. Texture drywall - machine | 24.00 SF | 0.00 | 0.93 | 0.09 | 6.72 | 29.13 |
| 124. Paint the ceiling - two coats | 24.00 SF | 0.00 | 1.20 | 0.48 | 8.78 | 38.06 |
| **ELECTRICAL/MISCELLANEOUS** | | | | | | |
| 125. Mask and prep for paint - plastic, paper, tape (per LF) | 22.00 LF | 0.00 | 1.63 | 0.39 | 10.88 | 47.13 |
| 126. Floor protection - cloth - skid resistant, breathable | 24.00 SF | 1.40 | 0.00 | 1.01 | 10.38 | 44.99 |
| 127. Contents - move out then reset | 1.00 EA | 0.00 | 88.42 | 0.00 | 26.52 | 114.94 |
| 128. Outlet or switch - Detach & reset | 4.00 EA | 0.00 | 24.56 | 0.00 | 29.48 | 127.72 |
| 129. Clean floor | 24.00 SF | 0.00 | 0.66 | 0.02 | 4.76 | 20.62 |
| 130. Final cleaning - construction - Residential | 24.00 SF | 0.00 | 0.42 | 0.00 | 3.02 | 13.10 |
| Totals: Hallway | | | | 13.09 | 213.26 | 924.02 |

## CLAIMS HUNTERS, INC

Claims Hunters, Inc
595 W Carroll St, Kissimmee, FL 34741
claims@claimshunters.com




**Stairs** **Height: 17' 4"**

| | | | |
|---|---|---|---|
| 344.37 | SF Walls | 41.75 | SF Ceiling |
| 386.12 | SF Walls & Ceiling | 73.61 | SF Floor |
| 8.18 | SY Flooring | 33.55 | LF Floor Perimeter |
| 27.83 | LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Missing Wall** | **3' X 17' 4 7/16"** | **Opens into Exterior** |
| **Missing Wall** | **3' X 17' 4 7/16"** | **Opens into Exterior** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **FLOORING** | | | | | | |
| 131. Remove Carpet | 73.61 SF | 0.41 | 0.00 | 0.00 | 9.06 | 39.24 |
| 132. Carpet | 85.50 SF | 0.00 | 4.37 | 18.06 | 117.52 | 509.22 |
| 133. R&R Carpet pad | 73.61 SF | 0.17 | 0.71 | 2.58 | 20.22 | 87.57 |
| 134. R&R Baseboard - 3 1/4" | 33.55 LF | 0.69 | 4.62 | 4.54 | 54.80 | 237.49 |
| 135. Seal (1 coat) & paint (2 coats) baseboard | 33.55 LF | 0.00 | 2.61 | 0.46 | 26.42 | 114.45 |
| DRYWALL/TEXTURE/PAINT | | | | | | |
| 136. Seal the walls w/latex based stain blocker - one coat | 344.37 SF | 0.00 | 0.72 | 1.79 | 74.92 | 324.66 |
| 137. Texture drywall - machine | 344.37 SF | 0.00 | 0.93 | 1.34 | 96.48 | 418.08 |
| 138. Paint the walls - two coats | 344.37 SF | 0.00 | 1.20 | 6.94 | 126.06 | 546.24 |
| **ELECTRICAL/MISCELLANEOUS** | | | | | | |
| 139. Mask and prep for paint - plastic, paper, tape (per LF) | 27.83 LF | 0.00 | 1.63 | 0.49 | 13.74 | 59.59 |
| 140. Floor protection - cloth - skid resistant, breathable | 73.61 SF | 1.40 | 0.00 | 3.11 | 31.86 | 138.02 |
| 141. Contents - move out then reset | 1.00 EA | 0.00 | 88.42 | 0.00 | 26.52 | 114.94 |
| 142. Clean floor | 73.61 SF | 0.00 | 0.66 | 0.05 | 14.60 | 63.23 |
| 143. Final cleaning - construction - Residential | 73.61 SF | 0.00 | 0.42 | 0.00 | 9.28 | 40.20 |
| Totals: Stairs | | | | 39.36 | 621.48 | 2,692.93 |
| Total: 1533 | | | | **126.77** | **1,950.54** | **8,451.96** |

**General Items**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 144. Temporary toilet (per month) | 1.00 MO | 0.00 | 140.86 | 0.00 | 42.26 | 183.12 |

**CLAIMS HUNTERS, INC**

Claims Hunters, Inc
595 W Carroll St, Kissimmee, FL 34741
claims@claimshunters.com

**CONTINUED - General Items**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 145. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 525.75 | 0.00 | 0.00 | 157.72 | 683.47 |
| 146. Job-site cargo/storage container - 40' long - per month | 1.00 MO | 0.00 | 115.84 | 7.53 | 37.02 | 160.39 |
| 147. Job-site cargo container - pick up/del. (each way) 16'-40' | 2.00 EA | 0.00 | 140.00 | 18.20 | 89.46 | 387.66 |
| 148. General clean - up | 24.00 HR | 0.00 | 66.51 | 0.02 | 478.88 | 2,075.14 |
| Totals: General Items | | | | 25.75 | 805.34 | 3,489.78 |
| **Line Item Totals: TANGELO-WIND** | | | | **1,080.39** | **19,798.70** | **86,293.28** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 3,091.04 | SF Walls | 909.31 | SF Ceiling | 4,000.35 | SF Walls and Ceiling |
| 941.16 | SF Floor | 104.57 | SY Flooring | 376.89 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 371.17 | LF Ceil. Perimeter |
| 941.16 | Floor Area | 1,037.03 | Total Area | 2,746.67 | Interior Wall Area |
| 4,626.60 | Exterior Wall Area | 367.33 | Exterior Perimeter of Walls | | |
| 4,087.82 | Surface Area | 40.88 | Number of Squares | 480.05 | Total Perimeter Length |
| 106.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

**CLAIMS HUNTERS, INC**

Claims Hunters, Inc
595 W Carroll St, Kissimmee, FL 34741
claims@claimshunters.com

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 65,414.19 |
| Material Sales Tax | 1,054.66 |
| Storage Rental Tax | 25.73 |
| Subtotal | 66,494.58 |
| Overhead | 9,899.35 |
| Profit | 9,899.35 |
| **Replacement Cost Value** | **$86,293.28** |
| Less Depreciation | (8,394.74) |
| **Actual Cash Value** | **$77,898.54** |
| **Net Claim** | **$77,898.54** |
| Total Recoverable Depreciation | 8,394.74 |
| **Net Claim if Depreciation is Recovered** | **$86,293.28** |

Claims Hunters, Inc

**CLAIMS HUNTERS, INC**

Claims Hunters, Inc
595 W Carroll St, Kissimmee, FL 34741
claims@claimshunters.com

## Recap of Taxes, Overhead and Profit

| | Overhead (15%) | Profit (15%) | Material Sales Tax (6.5%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (6.5%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 9,899.35 | 9,899.35 | 1,054.66 | 0.00 | 0.00 | 25.73 |
| **Total** | | | | | | |
| | **9,899.35** | **9,899.35** | **1,054.66** | **0.00** | **0.00** | **25.73** |

CLAIMS HUNTERS, INC

Claims Hunters, Inc
595 W Carroll St, Kissimmee, FL 34741
claims@claimshunters.com

## Recap by Room

**Estimate: TANGELO-WIND**

| | | |
|---|---|---|
| **Area: Main Roof** | | |
| **Main Roof** | **46,259.00** | **70.72%** |
| **Area Subtotal: Main Roof** | **46,259.00** | **70.72%** |
| **Area: 1535** | | |
| **Garage** | **3,909.46** | **5.98%** |
| **Entry/Foyer** | **323.76** | **0.49%** |
| **Dining Room** | **1,550.93** | **2.37%** |
| **Living Room** | **1,981.68** | **3.03%** |
| **Family Room** | **1,302.99** | **1.99%** |
| **Hallway** | **393.99** | **0.60%** |
| **Kitchen** | **659.04** | **1.01%** |
| **Area Subtotal: 1535** | **10,121.85** | **15.47%** |
| **Area: 1533** | | |
| **Bedroom** | **3,644.89** | **5.57%** |
| **Hallway** | **697.67** | **1.07%** |
| **Stairs** | **2,032.09** | **3.11%** |
| **Area Subtotal: 1533** | **6,374.65** | **9.75%** |
| **General Items** | **2,658.69** | **4.06%** |
| **Subtotal of Areas** | **65,414.19** | **100.00%** |
| **Total** | **65,414.19** | **100.00%** |

**CLAIMS HUNTERS, INC**

Claims Hunters, Inc
595 W Carroll St, Kissimmee, FL 34741
claims@claimshunters.com

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 3,676.72 | | 3,676.72 |
| CONTENT MANIPULATION | 1,324.26 | | 1,324.26 |
| GENERAL DEMOLITION | 10,978.56 | | 10,978.56 |
| DOORS | 890.30 | | 890.30 |
| DRYWALL | 4,045.75 | 134.87 | 3,910.88 |
| ELECTRICAL | 196.48 | | 196.48 |
| FLOOR COVERING - CARPET | 1,372.02 | 686.02 | 686.00 |
| FINISH CARPENTRY / TRIMWORK | 479.19 | 15.98 | 463.21 |
| HEAT, VENT & AIR CONDITIONING | 145.92 | | 145.92 |
| INSULATION | 1,055.65 | 35.19 | 1,020.46 |
| LIGHT FIXTURES | 608.80 | | 608.80 |
| MOISTURE PROTECTION | 2,160.23 | 2,160.23 | 0.00 |
| PAINTING | 2,931.42 | 977.16 | 1,954.26 |
| ROOFING | 34,908.03 | 4,385.29 | 30,522.74 |
| TEMPORARY REPAIRS | 140.86 | | 140.86 |
| O&P Items Subtotal | 64,914.19 | 8,394.74 | 56,519.45 |

| Non-O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| ROOFING | 500.00 | | 500.00 |
| Non-O&P Items Subtotal | 500.00 | 0.00 | 500.00 |
| O&P Items Subtotal | 64,914.19 | 8,394.74 | 56,519.45 |
| Material Sales Tax | 1,054.66 | | 1,054.66 |
| Storage Rental Tax | 25.73 | | 25.73 |
| Overhead | 9,899.35 | | 9,899.35 |
| Profit | 9,899.35 | | 9,899.35 |
| Total | 86,293.28 | 8,394.74 | 77,898.54 |


Roof8 (2)
Roof7 (1)
Roof6 (5)
Roof5 (4)
Roof9 (3)
Main Roof
F9
F10(B)
F13(B)
F15(A)
F16(B)
F17
F18(A)
F19(B)
F11(A)
F14(B)
54' 9"
29' 8"
43' 1"
27' 6"
26' 3"
12'
18'
27'
17' 6"
40' 7"
N

Main Roof


14'
13' 4"
Dining Room
8' 5"
9' 1"
9' 8"
9'
Family Room
10' 2"
10' 10"
16' 2"
15' 6"
Living Room
9' 7"
10' 3"
10' 5"
9' 9"
Hallway
3'
3' 8"
6' 2"
5' 6"
Entry/Foyer
3' 6"
4' 2"
6' 8"
6'
Kitchen
12'
12' 8"
12' 8"
12'
Garage
18' 10"
19' 6"
N

1535




1533

**CLAIMS HUNTERS, INC**

Claims Hunters, Inc
595 W Carroll St, Kissimmee, FL 34741
claims@claimshunters.com

## Sketch Roof Annotations

**Main Roof**

| Face | Square Feet | Number of Squares | Slope - Rise / 12 |
|---|---|---|---|
| F9 | 958.96 | 9.59 | 4.00 |
| F10 | 422.16 | 4.22 | 4.00 |
| F11 | 64.56 | 0.65 | 4.00 |
| F13 | 577.91 | 5.78 | 4.00 |
| F14 | 64.56 | 0.65 | 4.00 |
| F15 | 580.68 | 5.81 | 4.00 |
| F16 | 561.47 | 5.61 | 4.00 |
| F17 | 87.49 | 0.87 | 4.00 |
| F18 | 385.01 | 3.85 | 4.00 |
| F19 | 385.01 | 3.85 | 4.00 |
| **Estimated Total:** | **4,087.82** | **40.88** | |

ARK Restoration
590 Sunset Blvd,
Kissimmee, FL 34741
321-977-2797 ☎
information@arkrestorationfl.com

| **Bill to:** | |
|---|---|
| **Villa View 10 201 LLC** | |
| 1531-1533-1535 Tangelo Cir, | |
| Kissimmee, FL 34746 | |
| **Policy number** | FSF17955469 001 |
| **Claim number** | KY25K3105982 |

| | |
|---|---|
| **Invoice #** | FL25-0063 |
| **Invoice Date:** | 12/11/2025 |
| **Term:** | |
| **Due Date:** | 12/16/2025 |

Itemized Per-Unit Cost Emergency Invoice:
Please see attached. The itemized per unit cost invoice is merely an initial invoice for emergency services. Actual scope and cost of services may exceed the initial itemized per unit cost and will be sent in a supplemental invoice.

| Description | Qty | Unit Price $ | Total $ |
|---|---|---|---|
| **TARP SERVICES** | | | |
| Second Tarp Removal and Reinstalment for insurance inspection<br>Service date: 12/10/2025 | | | 6,050.00 |
| | | **Total $** | **6,050.00** |

Make all checks payable to A.R.K. Restoration, LLC.

***** This Invoice amount is for services rendered at the mentioned property. Please send payment within 5 days from the date on this invoice. *****

If you have any questions concerning this invoice, contact us at arkrestorationbe@gmail.com

**THANK YOU FOR YOUR BUSINESS**!

ARK Restoration
590 Sunset Blvd,
Kissimmee, FL 34741
321-977-2797 ☎
information@arkrestorationfl.com

| **Bill to:** | |
|---|---|
| **Villa View 10 201 LLC** | |
| 1531-1533-1535 Tangelo Cir, | |
| Kissimmee, FL 34746 | |
| **Policy number** | FSF17955469 001 |
| **Claim number** | KY25K3105982 |

| | |
|---|---|
| **Invoice #** | FL25-0057 |
| **Invoice Date:** | 12/05/2025 |
| **Term:** | |
| **Due Date:** | 12/10/2025 |

Itemized Per-Unit Cost Emergency Invoice:
Please see attached. The itemized per unit cost invoice is merely an initial invoice for emergency services. Actual scope and cost of services may exceed the initial itemized per unit cost and will be sent in a supplemental invoice.

| Description | | Qty | Unit Price $ | Total $ |
|---|---|---|---|---|
| **TARP SERVICES** | | | | |
| Installation, Equipment, Materials: | 16 x 20’ | 2 | 1,300.00 | 2,600.00 |
| | 20 X 30’ | 1 | 1,900.00 | 1,900.00 |
| | 20 x 40’ | 1 | 2,150.00 | 2,150.00 |
| Remove and reset for insurance inspection | | | | 6,050.00 |
| | | | **Total $** | **12,700.00** |

Make all checks payable to A.R.K. Restoration, LLC.

***** This Invoice amount is for services rendered at the mentioned property. Please send payment within 5 days from the date on this invoice. *****

If you have any questions concerning this invoice, contact us at arkrestorationbe@gmail.com

**THANK YOU FOR YOUR BUSINESS**!